DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVE WATSON**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-474

[April 12, 2018]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth A. Scherer, Judge; L.T. Case No. 09-020363CF10A.

Charles D. Barnard of Charles D. Barnard, P.A., Wilton Manors, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***